U.S. DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SONYA DENTON,

    Plaintiff,

vs.                                            Case No.: 2:21-cv-02683-MSN-tmp

MIDLAND FUNDING, LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed October 29, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Plaintiff's Notice of Voluntary Dismissal, filed April 18, 2022, (ECF No. 10), settling this matter between the parties and dismissing all claims against Defendants without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), all claims against Defendants are hereby **DISMISSED WITHOUT PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

April 19, 2022
Date